FILED

February 12, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002416451

**DEBT SOLUTIONS** PC

Chad M. Johnson, SBN: 232417
Joseph Feist, SBN: 249447
Berkeley Harris, SBN: 256894
25 Cadillac Dr., Suite 200
Sacramento, CA 95825
Tel: (916) 979-6100
Fax: (916) 979-6120

Attorneys for Debtor
ARTHUR MCCONNELL and
NAOMI MCCONNELL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ARTHUR MCCONNELL and<br>NAOMI MCCONNELL,<br><br>Debtors. | ) Case No.: 10-21407-D-7<br>)<br>) Chapter 7<br>)<br>) DCN: ADS - 01<br>)<br>)<br>)<br>) **MOTION FOR ORDER COMPELLING**<br>) **TRUSTEE TO ABANDON DEBTOR'S**<br>) **BUSINESS AS ASSET OF ESTATE [11**<br>) **USCS §§ 554(b), 721]**<br>)<br>)<br>)<br>)<br>) Date: March 3, 2010<br>) Time: 10:00 a.m.<br>) Courtroom: 34, 6th Floor<br>) Honorable Judge Robert S. Bardwil<br>) |

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS'**
**BUSINESS AS AN ASSET OF THE ESTATE**

Debtors ARTHUR MCCONNELL and NAOMI MCCONNEL, by and through their attorney of record Berkeley Harris, will and hereby do bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtors' Business ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' business on the following grounds:

1. Debtors' business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

ATTORNEY DEBT SOLUTIONS, PC

Dated: February 11, 2010

By: */s/ Berkeley Harris*
    Berkeley Harrris
    Attorney for Debtors